IN RE SUSPENSION OR REVOCATION OF THE LICENSE OF
EDWIN PANITCH, R. P. TO PRACTICE PHARMACY IN THE
STATE OF NEW JERSEY.

April 10, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. JAMES ALEXANDER.

April 10, 1979.  Petition for certification denied.

STATE IN THE INTEREST OF W. E. C.

April 10, 1979.  Petition for certification granted.  (See 165
*N.J.Super.* 161)

STATE OF NEW JERSEY v. ROBERT BRADFORD.

April 10, 1979.  ORDERED that the petition for certification
is granted;  the judgment of the Appellate Division is summarily
reversed, and the judgment and sentence of the Superior Court,
Law Division, Hudson County are reinstated.

FRANCKY JEAN–FRANCOIS v. BOARD OF REVIEW.

April 10, 1979.  Petition for certification denied.